UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBROUGH WILLIAMS,<br><br>                    Petitioner,<br><br>     v.<br><br>DANIEL PARAMO, Warden,<br><br>                    Respondent. | Case No. 5:17-cv-01974-JGB (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: April 17, 2020

HONORABLE JESUS G. BERNAL
United States District Judge