JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBROUGH WILLIAMS,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　　　　　Respondent. | Case No. 5:17-cv-01974-JGB (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 17, 2020

HONORABLE JESUS G. BERNAL
United States District Judge